# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRADY LOUIS FORTNER

NO. 2025 KW 0818

**AUGUST 20, 2025**

---

In Re:   Brady Louis Fortner, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 2673-F-2025.

---

BEFORE:   **THERIOT, PENZATO, AND BALFOUR, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Counsel failed to include the transcript of the pretrial bail hearing and a copy of any exhibits introduced at the proceedings. Therefore, this court cannot adequately review the ruling at issue herein. See **City of Baton Rouge v. Plain,** 433 So.2d 710 (La.), cert. denied, 464 U.S. 896, 104 S.Ct. 246, 78 L.Ed.2d 235 (1983). Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event counsel elects to file a new application with this court, the application shall be filed on or before August 28, 2025. Any future filing on this issue should include the entire contents of this writ application, the missing items noted above, and a copy of this ruling.

**MRT**
**AHP**
**KEB**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT